IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROMEO WARD,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1526

Opinion filed October 11, 2017.

Petition for Writ of Mandamus -- Original Jurisdiction.

Romeo Ward, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      Because the trial court has ruled on the pleading pending below, the petition for writ of mandamus is dismissed as moot. See Ward v. State, 770 So. 2d 206 (Fla. 1st DCA 2000) (dismissing a petition for writ of mandamus as moot where the trial court had ruled on the pleading pending below).

ROBERTS, KELSEY, and JAY, JJ., CONCUR.